UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                :

DEUTSCHE BANK TRUST COMPANY     :
AMERICAS, solely as Trustee,             :
                                  :
                   Plaintiff,   :
                                  :

           - against -              :   No. 13 CIV 4214 (CM)
                                  :

FUPR, LLC., *et al.,*                :   DECLARATION OF SERVICE ON
                                  :   DEPOSITORY TRUST COMPANY
                   Defendants.  :
                                  :

------------------------------------------------------------ X

Christopher M. Mason, under penalty of perjury pursuant to 28 U.S.C. § 1746, declares and states:

1.       I am not a party to this action and I am over the 21 years of age.

2.       I am a partner in the law firm of Nixon Peabody LLP, 437 Madison Avenue, New York, New York 10022, attorneys in this interpleader action for Plaintiff Deutsche Bank Trust Company Americas, solely as Trustee.

3.       On June 28, 2013, I sent a copy of the Summons and Interpleader Complaint in this action to Eric Heichel of Eiseman Levine Lehrhaupt & Kakoyiannis, P.C., 805 Third Avenue, New York, New York 10022, eheichel@eisemanlevine.com.

4.       On July 10, 2013, Mr. Heichel advised me in writing that he was authorized to accept service on behalf of Defendant Depository Trust Company of the Summons and Interpleader Complaint previously sent to him, and was doing so as of July 10, 2013.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2013

_____

Christopher M. Mason